AO 91 (Rev. 11/11) Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. ~~1:18-CR-~~ |
| Jerry Chun Shing Lee, a/k/a | ) | |
| Zhen Cheng Li | ) | 1:18-MJ-18 |
| | ) | |
| | ) | |

JAN 13

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 15, 2012_____ in the county of _____Fairfax, Virginia_____ in the

_____Eastern_____ District of _____Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 793(e) | Unlawful retention of documents relating to the national defense |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Assistant U.S. Attorney Neil Hammerstrom

_____
Complainant's signature

Kellie R. O'Brien, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____01/13/2018_____

_____/s/_____
John F. Anderson
United States Magistrate Judge
_____
Judge's signature

City and state: _____Alexandria, Virginia_____

John F. Anderson, United States Magistrate Judge
_____
Printed name and title