IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18-mj-18 |
| | ) | |
| JERRY CHUN SHING LEE, a/k/a | ) | |
| Zhen Cheng Li | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States of America, it appearing that there no longer exists a necessity to keep the criminal complaint, affidavit, sealing motion, and sealing order in the above-captioned matter under seal, it is hereby

ORDERED that said criminal complaint, affidavit, sealing motion, and sealing order shall be UNSEALED.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Date: January 16, 2018
Alexandria, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

By: _____
W. Neil Hammerstrom, Jr.
Assistant United States Attorney