AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2018 JAN 24  P 2: 56
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jerry Chun Shing Lee, a/k/a Zhen Cheng Li | ) ) ) | Case No. 1:18-CR- 18  MJ |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jerry Chun Shing Lee, a/k/a Zhen Cheng Li                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Unlawful retention of documents relating to the national defense, in violation of Title 18, United States Code, Section 793(e)

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

Date: 01/13/2018   BY _____
DEPUTY CLERK

/s/ JGA
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state:  Alexandria, Virginia

John F. Anderson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/13/2018, and the person was arrested on *(date)* 01/15/2018
at *(city and state)* JFK - Queens, New York.

Date: 1/24/2018

_____
*Arresting officer's signature*

David C. Barkas - Special Agent
*Printed name and title*