

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the

United States of America )
v. )
JERRY LEE ) Case No. 1:18-cr-00089-TSE
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 3-8-18

_____
Defendant's signature

Edward B. MacMahon, Jr.
Signature of defendant's attorney

Edward Mac Mahon, Jr. - 25432
Printed name and bar number of defendant's attorney

PO Box 25
Middleburg VA 20118
Address of defendant's attorney

ebmjr@mcmahon-law.com
E-mail address of defendant's attorney

540-687-3902
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney