IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18-cr-89 (TSE) |
| | ) | |
| JERRY CHUN SHING LEE, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF USE OF FOREIGN INTELLIGENCE SURVEILLANCE ACT

The United States, by and through its attorney, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, hereby provides notice to defendant Jerry Chun Shing Lee and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

    Respectfully submitted,

    Tracy Doherty-McCormick
    Acting United States Attorney

By:         /s/
    W. Neil Hammerstrom, Jr.
    Assistant United States Attorney

    Adam L. Small
    Patrick T. Murphy
    Trial Attorneys
    United States Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

                                      /s/
                            W. Neil Hammerstrom, Jr.
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Email: neil.hammerstrom@usdoj.gov