## UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - GENERAL

Date: 05/18/2018                    Case No.:    1:18-CR-00089-TSE-1

Court Time: 09:29AM-09:38AM (00:09)

---

DOCKET ENTRY:   Arraignment

---

**UNITED STATES of AMERICA v. JERRY CHUN SHING LEE**

PRESENT:        Honorable **T.S. ELLIS, III**, U. S. District Judge

          COURTROOM DEPUTY:    Margaret Pham
          COURT REPORTER:      Tonia Harris
          ASST. U.S. ATTORNEY: William N. Hammerstrom, Jr.
                               Patrick Murphy
          COUNSEL FOR DEFT:    Edward B. MacMahon
          INTERPRETER:         N/A

## **PROCEEDINGS:**

[ ] Defendant arraigned and specifically advised of rights.

[ X ] Defendant waived reading of Indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[ ] Indictment/Information read

[ X ] Speedy Trial Waived – signed and agreed order to be filed noting complexities

(NON CIPA) MOTIONS to be filed by **SEP 7** w/ RESPONSES DUE **(local rules govern)**

and ARGUMENT on **FRIDAY, OCTOBER 5, 2018 @ 9:00AM** CASE CONTINUED TO

**TUESDAY, FEBRUARY 12, 2019 @ 10:00AM** for **JURY TRIAL (approx. 2 weeks)**

[ X ] Agreed Discovery Order OR dispute to be filed 2 weeks from today

[ ] Protective Order filed and entered in open court

[ ] Waiver of Speedy Trial submitted by defendant

[ X ] Defendant REMANDED to the custody of the USMS