# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| vs. | ) | Case No. 1:18-cr-89 (TSE) |
| JERRY CHUN SHING LEE, | ) | |
| Defendant. | ) | |

## RESPONSE TO GOVERNMENT'S NOTICE OF EVIDENCE OF <u>NATIONAL DEFENSE INFORMATION</u>

### [ORIGINAL FILED UNDER SEAL]

**JERRY CHUN SHING LEE**
**By Counsel**

                /s/                
Edward B. MacMahon, Jr. (VSB # 25432)
Edward B, MacMahon, Jr., PLC
107 East Washington Street
P. O. Box 25
Middleburg, Virginia   20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@macmahon-law.com
*Counsel for Jerry Chun Shing Lee*

                                                    /s/
                                Nina J. Ginsberg (VSB 19472)
                                DiMuroGinsberg PC
                                1101 King Street, Suite 610
                                Alexandria, Virginia 22314
                                (703) 684-4333
                                (703) 548-3181 (facsimile)
                                nginsberg@dimuro.com
                                *Counsel for Jerry Chun Shing Lee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record

                                                /s/
                                Edward B. MacMahon, Jr. (VSB # 25432)
                                Edward B. MacMahon, Jr., PLC
                                107 East Washington Street
                                P. O. Box 25
                                Middleburg, Virginia   20118
                                (540) 687-3902
                                (540) 687-6366 (facsimile)
                                ebmjr@macmahon-law.com
                                *Counsel for Jerry Chun Shing Lee*