FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2018 OCT 22 P 2:03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:18-CR-0089 (TSE) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JERRY CHUN SHING LEE, | ) | FILED UNDER SEAL WITH THE |
| | ) | COURT SECURITY OFFICER |
| Defendant. | ) | |

## PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(D)(1)