Filed with the Classified
Information Security Officer
CISO _____
Date _____

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL No. 1:18-CR-0089 (TSE) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JERRY CHUN SHING LEE, ) | FILED UNDER SEAL WITH THE |
| ) | COURT SECURITY OFFICER |
| Defendant. ) | |

## PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(D)(1)