[Filed with the Classified
Information Security Officer
CSO: _____
Date: _____]

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | )  CRIMINAL No. 1:18-CR-0089 (TSE) |
| v. | ) |
| JERRY CHUN SHING LEE, | )  FILED UNDER SEAL WITH THE |
| | )  COURT SECURITY OFFICER |
| Defendant. | )  EX PARTE |

## PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(D)(1)