# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 11/2/2018                                   Case #: **1:18cr89**
Time: 4:24p.m. - 4:37 p.m.                        Interpreter/Lang:

Honorable **T.S. Ellis, III,** United States District Judge, Presiding

**Richard Banke**                                 **T. Harris**
Courtroom Deputy                                  Court Reporter

**UNITED STATES OF AMERICA**

v.

**Jerry Chun Shing Lee**           Deft appeared: **X** in person      ___ failed to appear
                                                  **X** with Counsel   ___ without Counsel
                                                  ___ through Counsel

Edward B. MacMahon/Nina J. Ginsberg          William Hammerstrom/Adam Small
**Counsel for Defendant:**                    **Counsel for Government:**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing     [ ] Revocation Hearing      [ ] Rule 35           [ ] Appeal (USMC)
[ ] Rule 20 & Plea [ ] Setting Trial Date      [X] Other Hearing regarding scheduling

**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indict.   [ ] Discovery Order

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence        [ ] Granted   [ ] Denied

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits Violations *AND/OR* [ ] Denies violations
**Court**: [ ] finds *-or-* [ ] does not find the defendant in violation of the conditions

**The court will enter an order continuing the trial to 3/6/2019 @ 10:00 a.m.**

**Deft is:** [X] Remanded   [ ] Self Surrender   [ ] Cont'd on same terms and conditions of release   [ ] In Custody