Filed with the Classified
Information Security Officer
CISO _[signature]_
Date 12/6/2018

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:18-cr-089 |
| JERRY CHUN SHING LEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER