IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 1:18-cr-0089 (TSE) |
| JERRY CHUN SHING LEE, | |
| Defendant. | |

**DEFENDANT'S OBJECTION TO AND REQUEST FOR CLARIFICATION OF PORTION OF THE SECTION 4 ORDER DATED OCTOBER 19, 2018, AND, FOR DISCOVERY**