Filed with the Classified
Information Security Officer
CISO _____
Date _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No. 1:18-cr-89 (TSE) |
| | : | |
| JERRY CHUN SHING LEE, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR CONSTITUTIONALLY SUFFICIENT GUIDANCE REGARDING INTERVIEWS OF WITNESSES WITH KNOWLEDGE OF CLASSIFIED INFORMATION