UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:18-CR-0089 (TSE) |
| | ) | |
| v. | ) | <u>IN CAMERA</u>, AND UNDER SEAL |
| | ) | |
| JERRY CHUN SHING LEE, | ) | |
| | ) | |
| Defendant. | ) | |

<u>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR
CONSTITUTIONALLY SUFFICIENT GUIDANCE REGARDING INTERVIEWS
OF WITNESSES WITH KNOWLEDGE OF CLASSIFIED INFORMATION</u>