IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 1:18-cr-89 (TSE) |
| ) | |
| JERRY CHUN SHING LEE, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 1:00 o'clock p.m. on the 23rd day of April, 2019, then and there to testify on behalf of the defendant.

<u>40 Blank Subpoenas (20 sets)</u>

This 11th day of March, 2019.

Respectfully submitted,

JERRY CHUN SHING LEE
By Counsel

_____
Nina J. Ginsberg (VSB 19472)
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)
nginsberg@dimuro.com
*Counsel for Jerry Chun Shing Lee*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JERRY CHUN SHING LEE | ) | Case No. 1:18CR89 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:


**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: UNITED STATES DISTRICT COURT 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 900 |
|---|---|
| | Date and Time: 04/23/2019 1:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:




*(SEAL)*

Date: 03/11/2019

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Jerry Chun Shing Lee__ _____ , who requests this subpoena, are:

Nina J. Ginsberg, Esquire
VSB # 19472
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, VA 22314
nginsberg@dimuro.com
703-684-4333