# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JERRY CHUN SHING LEE | )    Case No.  1:18CR89 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    **David Reynolds**
       **7620 Lynn Drive**
       **Chevy Chase, MD  20815**

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT | Courtroom No.: | 900 |
|---|---|---|---|
| | 401 Courthouse Square | Date and Time: | 04/23/2019 1:00 pm |
| | Alexandria, VA  22314 | | |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:     03/11/2019

                                       *CLERK OF COURT*

                                          *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Jerry Chun Shing Lee
                                       , who requests this subpoena, are:

Nina J. Ginsberg, Esquire
VSB # 19472
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, VA  22314
nginsberg@dimuro.com
703-684-4333

Case No. 1:18CR89

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* David Reynolds

was received by me on *(date)* 3|20|19 .

☒ I served the subpoena by delivering a copy to the named person as follows: David Reynolds
at 7620 Lynn Drive Chevy Chase M.D at 7:45 Pm

on *(date)* 3/20/19 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3|20|19

*Server's signature*

Emmerson G. Modeste Process Server
*Printed name and title*

5244 St Genevieve Pl Alex Va. 22315
(703)309-3668
*Server's address*

Additional information regarding attempted service, etc: