## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.                                     )<br>)<br>JERRY CHUN SHING LEE,         )<br>)<br>Defendant.                      )<br>) | Case No. 1:18-cr-89 (TSE) |

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S *IN CAMERA* UNDER SEAL NOTICE PURSUANT TO CIPA SECTION 5(b) 6(a) and 6(b) OF OBJECTIONS CONCERNEING PAARTICULARITY OF NOTICE OF USE RELEVANCE AND ADMISSIBILITY OF CLASSIFIED INFORMATION**