Filed with the Classified
Information Security Officer
CISO *MPeders*
Date 4 / 12 / 2019

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN THE DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | **Criminal No.: 1:18-CR-89** |
| | ) | |
| **JERRY CHUN SHING LEE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER