**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.**                        ) | **Case No. 1:18-cr-89 (TSE)** |
| ) | |
| **JERRY CHUN SHING LEE,**      ) | |
| ) | |
| **Defendant.**                 ) | |

**PRAECIPE**

PLEASE TAKE NOTICE that in accordance with the Court Order dated June 22, 2018, the defendant has provided to the Government a written summary of proposed expert testimony for use at trial.

**JERRY CHUN SHING LEE
By Counsel**

_____/s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Edward B, MacMahon, Jr., PLC
107 East Washington Street
P. O. Box 25
Middleburg, Virginia   20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@macmahon-law.com
*Counsel for Jerry Chun Shing Lee*

_____/s/_____
Nina J. Ginsberg (VSB 19472)
DiMuroGinsberg PC
1101 King Street, Suite 610
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (facsimile)
nginsberg@dimuro.com
*Counsel for Jerry Chun Shing Lee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record

_____/s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Edward B. MacMahon, Jr., PLC
107 East Washington Street
P. O. Box 25
Middleburg, Virginia   20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@macmahon-law.com
*Counsel for Jerry Chun Shing Lee*