Dear Honorable Judge T.S. Ellis III,                    Date: 25th June-2019

     I am TSANG Chiu fat Francis, 63 years old, and a Hong Kong citizen. I was an employee of Christies Hong Kong (HK) Limited since 1981 and in charge of the Art Transports Department, Asia. I retired from the job after working for 32 odd years.

     I came to know Jerry Lee in April-2016 when he joined the Company and took up the office of Security Director, Asia. When I first met him, I could observe that he was a strong and a very disciplined man, once introduced, he gave me the impression that he is very approachable and a polite individual.

     In view of the job requirement, my team very often needed the support from the Security team to provide advice to safeguard the high value Western and Chinese antique art works about the method of transportation, storage, setup, display and dismantle. The entire process needed tremendous expertise and advice on safety measures. Jerry, being the head of the team and a quick-witted leader, could design and tailor make an all-round security plan which I considered was an excellence plan in turns of safety measurement and value for money. I still remembered all the security plan needed to be approved by the Insurance Department and without exception, Jerry's plan or proposal on each occasion had never been rejected.

     In addition to work on daily basis, I also have contacted with Jerry outside of work, such as lunch or dinner. I knew that he is a nonsmoker, does not drink nor gambling. I knew that he was the bread-winner for his family. Very often after working, he would go home to prepare dinner for his family. Likewise, he likes to do fitness in the Club house in his residence building.

     In a nutshell, Jerry is a straightforward and responsible man that I have no hesitation to work with him in the future. I sincerely hope that he can return to society and reunite with his wife and two daughters as soon as possible.

     I am willing to offer whatever assistance to Jerry and his family, if needed,

Your Faithfully,

TSANG Chiu-fat

Dear Honorable Judge T.S. Ellis III,

Date: 5th July-2019

I am LAU Wai yip, Lavery, a citizen of Hong Kong. I am working for the Kering Asia Pacific Ltd and holding the position of Senior Security and Crisis Manager, Kering Asia Pacific.

Kering Asia pacific Ltd and Christie's Hong Kong Ltd are working partnership in Hong Kong and Asia Pacific. I first met Jerry when he joined Christie's Hong Kong Ltd in April 2015.

I have had various occasions to meet Jerry and found him to be an approachable and knowledgeable person. A talkative man who liked to share his working experience with others especially his leadership style in leading his team. In particular he liked to share the way how to handle the irrational visitors including clients and how to absorb the problem, ease the tension on the spot and most important not to further irritate the complaint. During those time on chatting, I found that Jerry was a responsible and impartial Manager, he would unselfishly protect his men from the trouble and ease the situation.

I have had chance to speak with Jerry's staff and his subordinates and they all, without hesitation, cooperated to my observation that Jerry was a caring man and a good boss to work with. They said although Jerry is a very demanding Manager but they all said they felt safe and comfortable to work under him and not necessary to worry been companied without substance allegation.

I, from the bottom of my heart, no doubt Jerry is an honest man who is unselfishly to his family, friends and colleagues. A good man to the society and I sincerely hope that he can released soon and reunite with his family as soon as possible.

I am happy to assist more ⸗

Your Faithfully,

LAU Wai-yip, Lavery.

29 May 2019

The Honorable Judge Ellis
Eastern District Court
Alexandria VA, 22314

Dear Judge Ellis,

I have known Mr. Jerry Lee since early 2019. I met
him on the minimum security unit 1CD in ADC. Since our
first meeting Mr. Lee stood out from the crowd of the inmate
population. He carried himself with humility and respect for
everyone, inmates and staff alike. Mr. Lee always has a
pleasant countenance when greeting and engaging with others.
He speaks directly and with patience, kindness, courtesy and
respect in his tone and manner of speech. He never belittles,
talks negatively or uses profanity when he speaks.

Mr. Lee didn't share any information about his case with any
of us for quite some time. It wasn't until his case came on the
news that he admitted that he had been a soldier in the
US Army and an officer in the CIA. After hearing the
news we all jokingly referred to him as "Jerry Bourne" (like
the Ficticious character Jason Bourne). He would just smile
and take our jokes in stride. I was further impressed by the
way he would handle hecklers who called him a traitor. He
would simply say "I'm sorry you feel that way." I could tell
it hurt Mr. Lee to be called a traitor. He didn't strike
me as the type that hated the US. I feel there is more

to the story. Mr. Lee carries himself like a true officer;
A man of dignity, honor, diligence and respect. I say
this because I observed his behavior for months. His
room is always clean and orderly. He wakes up consistently
before 0600 daily. He always goes around to wake up
the diabetics, people with court dates, and people who take
meds in the morning.

Mr. Lee is always helping others who are less fortunate
physically or mentally. One example that comes to mind
regards an older Ethiopian man who was bullied by a younger
African guy. The younger guy would intimidate the older
man for comissary, and use the elder's PIN # to make
phone calls. Mr. Lee put a stop to it by first asking the
younger guy to leave the elder alone. When reasoning and
diplomacy failed to work, Mr. Lee informed a Senior Deputy,
and the bully was moved off the block. I felt this course
of action was appropriate and commendable on his part.
He first tried to use conflict resolution, and when that
wasn't successful, he brought the matter to security staff.

Another example of Mr. Lee's largesse is that he was
always the first inmate to assist an indigent inmate who
needed some hygine products or a little extra food. He
would also explain the unwritten rules of the facility, and
assist them getting acquainted with the unit. No matter
the person's comprehension level, Mr. Lee would speak
to them with kindness and respect. This behavior showed

me, he had compassion for his fellow man, regardless of their race or creed.

One final example is whenever a deputy or our counselor, Ms. Farrow needed volunteers for a task, Mr. Lee was always making himself available to assist, regardless of any reward. He works diligently on the paint crew and was immediately available to pick up the slack of an injured unit worker, until a replacement was found.

In all, Mr. Lee is a pleasant individual to do time with. He kept a positive outlook and encouraged others to do the same, through his actions. He never confronted another man negatively or accosted anyone. I strongly believe Mr. Lee is a man of solid moral character and good values. Even if he is guilty of his crime, I would urge the court to consider a lenient sentence based on his life of US Government service and his ongoing selfless actions. Mr. Lee would be much better off serving our society outside the walls, for he has a lot to offer. No matter where he goes, he is the type of person to leave a situation better off than when he entered. I pray for the sake of his family and our society, Mr. Lee is returned to the outside world sooner than later. Thank you for considering my request and reading this letter.

Best,

Tumi Madappa

Chan Yeen Wai

July 7th, 2019

Your Honourable Judge T.S. Ellis III,

My name is Peter Yeen Wai Chan and I am a brother of Caroline Yuen Ping Chan, Jerry Lee's wife. I write this letter to you hoping to inform you about Jerry's good qualities and I hope you will consider giving him a reduction of sentence.

When I was younger, I used to work as a clerk in both the private and civil sector. I am now 56 and am a part-time worker at Pizza Hut. I may not earn much, but I am happy because I can at least be able to provide for myself. To be honest I never thought I would get this far in life and I believe it was mostly because of the positive influence of Jerry in my life that I am able to be the person I am today.

To explain, although I am now 56 years old, I actually only started working around 10 years ago. This is because when I was still an adolescent, I had dropped out of high school and never completed my education. It is not a topic I like to visit often, but I dropped out because of mental illness. During those times, I was often unhappy and found it difficult to have a reason to want to try hard in my studies and live a meaningful life. As a result, I did not want to see people and especially not go to school. For almost another 10 years, I did not do much and simply stayed at home and did not leave the house. As I got closer to the age of 30, however, I started to feel a little more optimistic and wanted to attempt to get my life back on track, so I set out to find a job. Unsurprisingly, because I had not completed high school education, I had a hard time finding a good job. Eventually, I did manage to secure a small position as a clerk, but I soon quit. Whenever I went in for my shift, I did not talk much because I was afraid of people - which made it difficult to build relations with my coworkers - and I always felt like there were eyes watching every move I made. It was as if they were all silently judging and shaming me because this was my first job even though I was already in my 40s. I thought maybe working and making friends just was not meant to be for me.

I felt my opinion slowly changing, however, when my sister, Caroline, and her husband moved back to Hong Kong around 10 years ago. My sister and her family settled down near my home and so they visited me often. I was wary in the beginning, but as time went on I got to know Jerry better and realized he is not a bad person. From what I could tell, Jerry is a very mature and stable man. He lives a healthy and balanced lifestyle with his family and did not admire a luxurious life. He hardly spent expenses on unnecessary materials and mostly invested in his two daughter's education.

With a strong principle of mind, Jerry also did not care much about outer appearances and other people's judging opinions of him. Simply, if he thought that the nature of something was good, he will do it because it was a just thing to do. A personal example I have experienced is how I collect paper waste and

would take it to a recycling shop in return for a little money. I do not earn much money as a part-time worker, so as a means to earn more money, I have taken to recycling waste paper. This kind of "job" is not common for youth and working-age people to do because in Hong Kong, mostly only struggling elderly men and women collect waste paper in the streets to earn money. As a result, it is not good for one's reputation and image to be caught carrying bulks of used paper in a public place. Regardless of such possible gossip from neighbours, Jerry would still pack up his home paper and give it to me. He was not afraid of the scrutiny and stares of the many estate receptionists and security he had to pass by. I believe most people with some level of social status would not have done so.

Throughout the years, although I was reluctant to talk to outsiders, Jerry still made attempts to befriend me and I slowly got over my fear of talking to people and my social anxiety got a little better. He changed my opinion of people and made me believe that there are still some good and kind people out there. Jerry made me want to try to pick myself up again. I think it would not be wrong of me to say that Jerry is my first friend that I have had outside of my immediate family after dropping out of high school.

Jerry is now around the age of 55 and the older you become, the more valuable time becomes. I believe in Jerry and that he will do good for society. I sincerely hope that Your Honour will consider a lenient judgement over Jerry, and give more hope for the many who wish for Jerry to be well. Jerry has given me a chance to improve and change myself for the better, so I hope you can bestow the same grace and mercy upon him as he has done for me.

Sincerely,

Chan Yeen Wai

July 19, 2019

Honorable T.S. Ellis III
Senior United States District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable Judge Ellis,

RE: Character Reference – Jerry Lee

I am writing in regards of Jerry Lee who will be appearing before you in court for criminal sentencing. The purpose of this letter is to serve as a character reference on behalf of Jerry whom I have known as a brother in law for 20 years.

During this time, Jerry was mostly living and working abroad on assignments eventually settling in Hong Kong. We would meet face to face mostly during large family celebrations and gatherings during the holidays when my wife and I were on vacation in Hong Kong. Although we had infrequent communication, Jerry is still a great brother in law.

Jerry comes from a great family, has proudly served in the armed forces and US government. He's of good moral character, honest, loyal, and extremely considerate. Jerry physically is a large person, but he's never imposing. Rather he's a supportive person who has the ability to see and understand things from another person's perspective. Consequently, he has great empathy for others.

Jerry is extremely loyal and dedicated to his family and spends time providing care and support for his elderly parents.

Jerry is a good person. This is his first legal charge. Since I've known him for decades, I truly believe his wrongful actions represent an aberration. He has demonstrated honesty, integrity, and fairness to all his family and friends. Jerry is a loving father and husband with an abundance of positive qualities. Additionally, he has a large and committed support system and if given leniency in this matter I am sure that he can emerge and do even more positive things to compensate for his lapse of judgement.

Sincerely,

Edman Wong

Dear Honorable Jude T.S. Ellis III,

Date: 2nd July 2019

My name is Tong WONG.  I am working in Securitas Security Service (Hong Kong) Limited which is the contractor of Christie's Hong Kong Limited and responsible for providing security service on monthly basis. I have been assigned to attach to the Christie's office in Alexandra House, Central.

Mr. Jerry LEE was the Security Director of Christie's and responsible for the overall security work and was my supervisor since April 2016. During the period, I found him was an honest, reliable, equity and caring others. Last but not the least, he is a good man and a good boos.

Your Faithfully,

Tong WONG.

Dated : 18th July, 2019

The Honorable Judge T.S. Eills III,
United States District Judge
C/O Edward B. Macmahon, Jr., PLC
107 East Washinton Street
P.O.Box 25
Middleburg, VA 20118

Your Honorable Judge,

### Character Letter for Jerry Lee

I am CHEUNG Sze-lim and am a Hong Kong citizen. Having worked in the Hong Kong Police Force for 37 years as a Senior Inspector, I retired in 2013 and is now working in a local security company as a Security Manager. I came to know Mr. Jerry Lee since my company contracted to provide security services to the auction events of Christie's Hong Kong in 2016. Mr. LEE was then the Director for Security of Christie's Hong Kong so I had the opportunity to work with him for planning and supervising security issues for the consecutive 8-day auction events twice a year in Hong Kong.

Having worked with Mr. LEE for 3 years, I am impressed that Mr. LEE is a strict person who has a strong responsibility towards his job. Being an overall supervisor for the security issues of the auction event, he was always the first one coming on duty and the last one to leave the venue. He is helpful to his counterparts and care the well-beings of his subordinates. On occasion, there was some trouble customer trying to abuse the staff, he would not hesitate to come forward to assist. He would not give way to unreasonable behavior but was considerate to human needs. During causal talks, he frequently talks about his wife and two daughters. It shows that he loves his family and feels pound of them.

......../2

Overall, I am impressed that Jerry is a good supervisor and a trust-worthy friend who is wiling to render assistance to others. I am shock of knowing his conviction to the offence and believe that he might commit the offence over too enthusiastic to help others. As he has pleaded guilty to the offence, he is aware of his guilt and feels remorseful for his wrongdoings. As he has been detained for quite a long time, he should have learned a bitter lesson. I urge your honor to consider passing a lenient sentence to Jerry so that he can reunion with his family sooner.

Yours faithfully,

(CHEUNG Sze-lim)

Dear Honorable Judge T.S. Ellis III,                          Date: 17th July-2019

I am Tsz Wing NG, a 34 years old Hong Kong citizen. I was an employee of Christies Hong Kong (HK) Limited from March 2015- July 2016 as the Assistant Security Manager responsible for supporting daily security operations within the company.

 I met Jerry LEE, at the later stage of my employment when he joined the Company in April 2016 as Security Director, Asia. He came across as a very supportive, approachable supervisor. Though I hadn't worked with him for long, Jerry was a fast learner, as I recall he offered great support to the operation for the company's Spring Sale 2016 after joining the company for 2 months. While working with Jerry, I found that he is very disciplined and professional.

I had left the company since July after finding work with less traveling requirement, but I have also kept in contact with Jerry and the team for occasional lunch. To my understanding, he is a responsible employee, supervisor, colleague, friend, husband, and is the main support to the family both spiritually and financially.

I sincerely hope that he can return to society and reunite with his wife and two daughters as soon as possible. I am willing to offer more information or assistance to Jerry's situation if needed,

Your Faithfully,


Tsz Wing NG

Dear Honorable Judge T.S. Ellis III,                    Date: 2nd July-2019

I am KWAN Wai-keung, Anthony, 59 years old, and is a citizen of Hong Kong. I am the Chief Operating Officer of the Hongdun Security Company based in Shanghai, China. In addition, I also responsible for the operation in Hong Kong office.

My security Company in China is responsible to provide security service to Christies Shanghai and Beijing offices on regular basis. In September 2015, our Hong Kong office successfully obtained the service contract and responsible for providing security service and guards to the biyearly auction sale to Christies Hong Kong Ltd. In April 2016, I came to know Jerry when he joined Christies and took up the job of Security Director, Asia, I have had chance to meet him in Christies' Shanghai office, Jerry gave me the impression that he is a gentleman with full of sincere.

My contact to Jerry is largely based upon our working relationship both in Hong Kong and China. I am observed that Jerry is a very kind and approachable individual, he is very devoted to his work and without exception, every time he was the first man to arrive at the working place and the last man to leave. He was very cared about his staff's wellbeing even they were working on part time basis. On one occasion, he saw a group of security staff having lunch break at a staircase, he thought this was not right and immediately arranged a room with tables and chairs for the security staff to have their lunch. His generous quickly earned the applaud from the security staff and his peers.

While working in Hong Kong for the biyearly sales, Jerry was in charge for taking care the venue's security which is almost three football fields in size and approximately 2000 odd visitors on daily basis. During the sales period, I could see that he is a likeable person and welcomed by his colleagues and people working around. Regarding the security deployment, Jerry would from time to time to input his observation / advice and enrich the deployment and without exception, he would emphasis the importance of the welfare of the security officers. The whole sales were last nine days and I wanted to stress that the EQ management was essential and very important as people might easily lost their temper when they were exhausted after long hours of work. Noticeable, Jerry is a very good leader to manage his EQ and I have had never saw him lose his temper and even shouted to anybody, in contrary, he was the man to ease those tensions arises on the spot.

Although I do not have more information about Jerry's family but I understand he is a good father to his two-teenage daughter and beloved husband to his wife, Mrs. Lee.

I am unquestionably agreed that Jerry is an excellent working partner, a kind gentleman to everybody knowing him, a helpful staff to his colleagues and a hearten leader to all people worked

worked with him. I sincerely hope that he can return to society and reunite with his wife and two daughters as soon as possible.

I am happy to assist more

Your Faithfully,

KWAN Wai-keung, Anthony.

To the Honorable Judge T.S.Ellis III in respect of Mr. Jerry Lee

Dear Honorable Judge T.S.Ellis III,

My name is Thomas HO, I am currently carrying out the role as the Chief Executive Officer of Hong Kong Hondun Security Consultancy Co. Ltd. I am also the owner and founder of this security company.

My company has been offering the security support services to British Christie Auction Company since 2015 until presently for all their auction events in Hong Kong and valuable transit across from cities to cities in China.

As one of the services providers for Christie, I became to know Mr. Jerry Lee after he came on board to work in Christie as the Security Director in late 2016.   Since then Jerry has not become only my client as the direct point of contact, but as a friend with whom from time to time, we shared with each other what we came through in the security industry, the resources and the network.

Jerry is an open minded person who has always been approachable and friendly to everyone.   He is in possession of a composed character,

clam but humorous.

During our previously routine daily work, Jerry had always displayed high degree of professionalism and self disciplined.   He could be trusted as the source of advice and guidance amongst his peers and team.

Best to my knowledge, Jerry is an U.S, citizen and has worked in various Government Agencies prior to his full retirement.   He is a cheerful person and chatty ,   however, during our daily communication and work, Jerry had never and ever disclosed any information which he worked and gone through   in   U.S. Government.

I sincerely ask Honorable Judge T.S.Ellis III for your leniency when the sentence is handed down to Jerry, who I truly believe has learnt a very good lesson from what he has committed.

Thanks and best wishes

Thomas HO, CFE

Chief Executive Officer

Hong Kong Hongdun Security Consultancy Company Ltd.

18th July, 2019

June 20, 2019

Dear Honorable Judge T.S. Ellis III,

My name is Yue Pui Cheung and I have been Jerry Lee's neighbor for 5 years. During the years I have known him, I think he is a good man who contributes greatly to the community. Therefore I want to write a letter to request for the early release of my good friend, Jerry Lee.

Jerry and I first started off as acquaintances who frequented the same gym. We later picked up small talk and gradually became good friends. We bonded over shared interests and common hobbies, and both as fathers of two children I felt like I could trust him and we would discuss with each other any concerns we had. Jerry and I would give each other advice no matter the problem, whether it concerned work or family. In Jerry, I found a good confidant. More than a good friend, he is also a positive addition to the community.

For example, during our gym sessions, people would ask him for advice and he willingly gave it. He would also make sure that the gym was respected as he would always clean up the equipment and encouraged others to do the same. I have also seen him hold doors for people, especially the elderly and those with baby strollers. I know that he also regularly recycles, having run into him at the recycling station of our apartment complex.

During the many years I have known him, I have witnessed many such small acts of kindness. They were not forced, but rather come from his natural, good intentions. All in all, I believe he is a good-natured man who values the wellbeing of his community and therefore it is my hope that the court takes my letter into consideration and will give lenient sentencing for Jerry Lee.

Yours sincerely,

Yue Pui Cheung

Dear Judge Ellis.

My name is Frank XuFeng Ao. I was transferred to Alexandria Detention Center from D.C. Last year, and have known Jerry Lee since November 2018. This is my first arrest and needless to say, I was very scared and worried as a first time prisoner. Jerry spoke to me like a guidance angel, supporting me throughout the transition period, showing me the do's and don'ts and offering me his commissary items unconditionally.

Over the past six months, Jerry has continued to demonstrated his generousity, kindness and cheerful personality to other people. On several occasions, Jerry also stood up to prison-bulling in order to protect the youngs and weaks.

Lastly, I would like to note that Jerry has truly earned the respect and friendship from fellow inmates and prison guards. your honor, I know my words will weight so little in your sentencing decision. Having said that, please afford Jerry an early opportunity to return to his family, and to be a productive member of the society again.

Sincerely. Frank Ao.

20 June, 2019

Dear Honorable Judge T.S. Ellis III ,

My name is Fiona Mei Wah Chung, being the Financial Consultant of Jerry. I had known him for 16 years. First as Financial consultant and late became friend to him and his family including his wife and his father-in-law. He is a friendly, easy-going, nice, sincere and caring person to me in these years.

He loves and cares about his family very much. Over the years, he had bought sufficient insurance policies to provide protection and financial coverage to his family members. He took up full responsibility for all family matters and let his wife has sufficient time and attention to two daughters grown-up. Under this loving, caring, joyful and harmony environment, they are healthy, joyful and smart young ladies now.

Jerry is a good husband, father and son-in-law. He is now deeply regret to what he had committed causing much injuries to so many people.

Your honor, I am asking for your leniency in sentencing him and plea that your sentence be merciful and not punitive.

Yours Sincerely

Fiona Mei Wah Chung

Judge Thomas Selby Ellis III,
Albert V. Bryan United States Courthouse,
401 Courthouse Square,
Alexandria, Vargina 22314,
United States of America

Auguest 7 2019

To : Honorable Judge Thomas Selby Ellis III

Ref. : The case of Mr. Jerry, LEE Chun-shing

My name is Jeremy LO and I have been a longtime friend with Mr. Jerry LEE and was also once his colleague. I should be most grateful if you would consider the following statement when the captioned case is being judged:
-

I have being a friend of Mr. Jerry LEE since our childhood. At the school, Jerry always had a distinction grading at the fields of study and conduct. As far as I recall, he migrated to Hawaii at the age of 14. Being a good friend of him, we of course kept a close contact by letters, at the era which has no email or instant communication program.

There were gatherings for all friends at every occasion when he was back to Hong Kong. We had a good chat since every time he shared his live at Hawaii and expressed his admire on the system of the country. He started to serve the US military after graduation from the school. Our contact did not stop from it since he always told me the funny things at the military service. On top of that, he constantly expressed his honor on having a chance to serve and protect the country.

Our contact and gatherings became frequently since he went back to Hong Kong in 2007. During the period of 2011 to 2013, I was hired at FTM International Company, at which I had a good chance to closely work with him. To the best of memory, he has a very good relationship with all colleagues at this company and he shown sincere and generous character all the times.

A special occasion I would like to mention. It was about 1988, at the time of serving the US military. He had a vacation and went back to Hong Kong. He was wearing the US military uniform when he stepped out of the Hong Kong Kai Tak Airport. His US military uniform attracted many eyeballs at the Arrival Hall. However, he was very calm and appeared that he was proud of the uniform and shown the love for his country from the bottom of his heart.

Regarding his case, I puzzled and still feel unbelievable on the content at the newspaper. Therefore, may I plea for your kind consideration to give the most lenient on the sentence for this case.

Thank you for your attention.


Yours faithfully,

Jeremy, LO King-chau

Judge Thomas Selby Ellis III,
Albert V. Bryan United States Courthouse,
401 Courthouse Square,
Alexandria, VA 22314,
USA.

July 20, 2019

Honorable Judge Thomas Selby Ellis III,

### RE : Jerry LEE Chun-shing

My name is King-kong CHUNG, a civil servant of Hong Kong Special
Administrative Government as the Manager (Systems) of Hong Kong
Film Archive.   I have been a lifelong friend with of Jerry.

For me, Jerry is a truly patriot though he is a naturalized US citizen. I
deeply believe that he did not do anything to betray the United States of
America, a country he so love since his teenage.

Jerry left Hong Kong for America in 1979 when he is a teenage boy.
Since then, he went to Hong Kong for several times and we took this few
golden chances to chat with him. Every time he was talking about the
America, the key Founding Fathers such as Benjamin Franklin,
Alexander Hamilton, Thomas Jefferson, and George Washington, his eyes
are full of admiration and exciting. I even made laugh with him and said
that: Jerry, though you are not yet a US citizen, you look to be a truly
American. I still recall that once he said: I swear to serve the country no
matter what I do in one day and I am so honorable under the star stripe
flag. That's why I was not surprised to know that he joined the U.S. Army
though he did not reach the statutory age. After the army services, his
brother told me that Jerry continued to serve the Country. Again, I was
not surprised for that since I believed that it was another clear evidence
for his enduring love for serving this country.

Since then, the numbers of our gathering was reduced. It may be
attributed to the sensitive nature of his work. However, one thing not
changed is his long lasting love for America. Every time we debated

which country is the best in this world? Which country is the most democratization? He won all debates and of course the answer is the America. To be honest, he sometimes won the debates with strong and sound justification but the most of times he won it by his strong body. Sometimes I think the Jerry should have been given a chance serving the current US government in view of his patriotic mind and soul.

Jerry is a good and honest man. He loves his family and country. He is honest to his family and all friends. At Jerry's case, I thought he had done something inappropriate and misconduct. I would like to see him for learning something for this experience and move forward with his life. I believe that an extended prison term will serve as a tremendous hardship for his family and wife, especially his old and illness parent.

Thank you all in advance for your help and your support to Jerry in this important time.

Respectfully yours,

King-kong CHUNG

Date : 30 June, 2019.

To: The Honorable T.S. Ellis III,

       United States District Judge.

Siu-Fong Chan,

Your Honor,

              Re : <u>Character reference for Mr. Jerry C.S. Lee</u>

I am a retired trading office clerk and a law abiding citizen of Hong Kong.

Mr. Jerry Lee's parents have informed me about their son's criminal charges.  Despite the circumstances, I am more than willing to endorse on Mr. Jerry Lee's good character.

I have known Mr. J Lee for over 40 years as he is my cousin, we met over family gatherings whenever he was in Hong Kong.

Through the years I have known Mr. Lee, he has shown great commitment to his career, but at the same time kept it confidential. He manages his family and social matters in a decent and prudent manner.   I was only made aware he was a former US government official through his parents (my uncle and aunt) and he never mentioned anything about his work in all occasions, even after he moved back to Hong Kong with his family.  He has been friendly, honest and humble amongst friends and family.

To the best of my knowledge, he is a caring son, loving father and a loyal husband who always put his family as a priority.  Jerry maintains a strong and harmonious bond with his family, parents and brother and sisters.  In the present difficult time, his brother and sisters provide him with the necessary supports, both financially and spiritually.   I understand the seriousness of his charges, but he is the sole breadwinner for his family and is much needed at home to support his daughter's education. I respectfully request you take these into your judgement and consider how devastating Mr. Lee's charges would be to my ageing uncle and aunt.

Yours sincerely,

Siu-Fong Chan