# SENTENCING MINUTES

| | |
|---|---|
| Date: 11/22/2019 | Judge: **T.S. ELLIS III** |
| | Reporter: P. Kaneshiro-Miller |
| | Time: 11:31 a.m. – 12:31 p.m. |
| | 2:05 p.m. – 2:29 p.m. |
| | ( 01:24 ) |
| | Case Number: 1:18-cr-00089-TSE-1 |

UNITED STATES OF AMERICA          Counsel/Govt: Adam Small, William Hammerstrom

v.

**JERRY CHUN SHING LEE**          Counsel/Deft: Nina Ginsberg, Edward MacMahon

Court adopts PSI ( X )     without exceptions (  )     with exceptions:

**SENTENCING GUIDELINES:**
Offense Level: 39
Criminal History: I
Imprisonment Range: 262 to 327 months
Supervised Release Range: 2 to 5 years
Fine Range: $50,000 to $250,000
Restitution $N/A
Special Assessment $100

- Defense objects to the probation officer's assessment in the PSR on the 2-level enhancement for an abuse of trust - Objection Overruled.

**JUDGMENT OF THE COURT:**

- BOP for 19 years

- Supervised Release for 5 Years, with special conditions: all employment must be approved in advance by the USPO; provide the PO access to any requested financial information; perform 30 hours of community service devoted to speaking or writing to the appropriate population on what you did and why and the consequences.

- No punitive fines imposed.

- Special Assessment $100

- Defense requested defendant be housed at the Alexandria Detention Center for a period of 30 days before being transferred to the designated FCI in Southern California – GRANTED.

**RECOMMENDATIONS to BOP:**
X     Dft. To be designated to: FCI Terminal Island in Southern California to be near his family.
___   Dft. designated to facility to participate in ICC (Boot Camp) type program
___   Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP)
___   Other: ___

Deft: ( X ) Remanded    (  ) Cont'd on Bond to Self-Surrender    (  ) Referred to USPO    (  ) Immediate Deportation